USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Shawn Reid,

              Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A presentment, arraignment, and initial conference for an alleged violation of supervised release is hereby scheduled for May 22, 2020, at 1 p.m.

Dated: April 3, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge