USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    5/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| —v— | 15-cr-95 (AJN) |
| Shawn Reid, | ORDER |
| Defendant. | |

ALISON J. NATHAN, District Judge:

At the parties' request, the Court hereby adjourns the presentment, arraignment, and initial conference on an alleged violation of supervised release currently scheduled for May 22, 2020 to June 22, 2020 at 1 p.m.

SO ORDERED.

Dated: May 19, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge