USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
United States of America,

       -v-                                          15-cr-95-48 (AJN)

Shawn Reid,                                    ORDER

              Defendant.

------------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      A presentment, arraignment, and initial conference for an alleged violation of supervised release in the above-captioned matter is currently scheduled for August 21, 2020 at 11 a.m. In light of the COVID public health crisis, the parties have agreed to proceed remotely. Dkt. No. 2937. The conference will thus be held by videoconference using the Skype for Business platform. To that end, defense counsel should confer with the Defendant regarding waiving his physical presence and provide the attached waiver form to him. If Mr. Reid, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present, he and his counsel should return the signed waiver form no later than August 19, 2020.

      SO ORDERED.

Dated: August 10, 2020
      New York, New York

                                                      ALISON J. NATHAN
                                                      United States District Judge

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-                                    WAIVER OF RIGHT TO BE
                                                       PRESENT AT CRIMINAL
                                                       PROCEEDING
         SHAWN REID,
                     Defendant.                        15-CR-95-48 (AJN)
---------------------------------------------------------------X
```

**Check Proceeding that Applies**

\_\_\_\_    Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:       _____        _____
            Print Name                                Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:       _____        _____
            Print Name                                Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:            _____
                 Signature of Defense Counsel


**Accepted:**     _____
                 Signature of Judge
                 Date: