USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Shawn Reid,

          Defendant.

15-cr-95-48 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An initial scheduling conference in this matter is currently scheduled for Friday, August 21, 2020 at 11:00 A.M. Dkt. No. 2956. The conference will be held remotely using the Skype for Business platform. The Court will separately provide the parties with instructions for accessing this platform. Members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 753395302. As noted on August 10, 2020, Dkt. No. 2956, Defense counsel shall provide the waiver of physical presence form to Mr. Reid, discuss its contents with him, and, in accordance with Standing Order 20-MC-174 of March 27, 2020, provide the Court with a waiver signed by him no later than 24 hours before the conference.

    SO ORDERED.

Dated: August 19, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge