```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
-v-                                                :        15-CR-95 (AJN)
:
SHAWN REID,                                        :        ORDER
:
Defendant.                          :
:
-----------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      The Court hereby orders that pursuant to the Criminal justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, Susan Kellman is appointed *nunc pro tunc* as of April 3, 2020 to represent the Defendant for the purpose of the violation of supervised release proceedings in this case.

      SO ORDERED.

Dated: October 2, 2020
       New York, New York

                                                ALISON J. NATHAN
                                          United States District Judge